FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 1 3 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLUWASEUNARA TEMITOPE OSANYINBI | Criminal Action No.<br>1:15-MJ-389 |

### Government's Motion for Detention

The United States of America, by counsel, John A. Horn, Acting United States Attorney, and Christopher C. Bly, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:

   A serious risk that the defendant will flee.

2. **Reason for Detention**

   The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

3. **Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).The United States will not invoke the rebuttable presumption that no

condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

### 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after a continuance of three days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: May 13, 2015.

Respectfully submitted,

Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6000

JOHN A. HORN
*Acting United States Attorney*

CHRISTOPHER C. BLY
*Assistant United States Attorney*
Ga. Bar No. 064634

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Victoria Calvert

May 13, 2015

/s/ CHRISTOPHER C. BLY
CHRISTOPHER C. BLY
Assistant United States Attorney