**MAGISTRATE'S CRIMINAL MINUTES**
**REMOVALS (RULE 40)**

FILED IN OPEN COURT

DATE: 5/18/15 @ 11:04

**MAGISTRATE JUDGE E. CLAYTON SCOFIELD III**

TAPE: FTR

**ANGELA SMITH DEPUTY CLERK**

TIME IN COURT: 55 min\

CASE NUMBER 1:15-mj-388          DEFENDANT'S NAME Oluwaseunara Temitope Osanyinbi

AUSA Chris Bly          DEFENDANT'S ATTY Andrew Schwartz
                        Type Counsel (circle) (Retained)  CJA   FDP

USPO _____

Susan Baker          ~~Interpreter~~ Court Reporter

____ Initial appearance hearing held.
____ Defendant informed of rights.
____ ORDER appointing Federal Defender Program attorney for defendant.
____ ORDER appointing _____ attorney for defendant.
____ ORDER defendant shall pay attorney's fees as follows: _____

✓ Defendant WAIVES removal hearing (as to identity only).   ✓ WAIVER FILED.
____ Defendant WAIVES preliminary hearing (__ In this district only).   ____ WAIVER FILED.
____ Removal hearing set/reset/cont to _____ @ _____
____ Removal hearing HELD. ____ Probable Cause found. ____ Defendant held for removal.
____ Defendant identified as named defendant in allegations. Defendant held for removal to other district.
____ Defendant ordered removed to other district.
✓ Commitment issued 5/18/15

### BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed.   Hearing set for _____ @ _____
✓ BOND/PRETRIAL DETENTION HEARING HELD   ____ Requested in charging district.
✓ Government's motion for detention ✓ GRANTED   ____ DENIED
✓ Pretrial detention ORDERED. (Written order to follow ____).
____ BOND SET at $_____
     ____ NON-SURETY
     ____ SURETY/CASH: ____ Property Acceptable: ____ Corporate Surety Only
     ____ Combination: _____
____ SPECIAL CONDITIONS: _____

____ BOND FILED. Defendant RELEASED.
____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.
____ SEE PAGE 2

Page 2                            Defendant: Oluwaseunara Temitope Osanyimbi           Case No.: 1:15-MJ-388
                                  Date: 5/18/15

**WITNESSES:**

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

G1- Copy of e-mail Chat - Admitted

_____

_____

_____

_____

_____

_____

_____

Original Exhibits  _____ RETAINED by the Court   ✓  RETURNED to counsel